

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00454-CV

JAMARIO BERNARD PICKETT                    APPELLANT

V.

AMBER LEE BURKE                    APPELLEE

----------

## FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jamario Bernard Pickett attempts to appeal from a protective order signed by the trial court on October 8, 2013.  Pickett did not file a timely post-judgment motion to extend the appellate deadline; therefore, the notice of appeal was due November 7, 2013, but was not filed until December 3, 2013. *See* Tex. R. App. P. 26.1(a).  We informed Pickett of our concern that the notice

---

[1]*See* Tex. R. App. P. 47.4.

of appeal was untimely and requested that he file a response showing grounds for continuing the appeal, but we have not received a response. *See* Tex. R. App. P. 44.3. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; AND GABRIEL, J.

DELIVERED: February 27, 2014